**No. 50556.**—Protest 36831–K of S. Hata Shoten, Ltd. (Honolulu).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Mutuál Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842), which record was admitted in evidence herein.   In accordance therewith the merchandise was held dutiable as claimed.